*Mr. Charles O'Donnell,* for Appellant.

---

No. 1,434.—PEIRIE, RESPONDENT, *v.* KELLOGG ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County.*

On motion to dismiss appeal.

Decided March 12, 1902.

PER CURIAM.—The motion to dismiss this appeal is hereby sustained, and the appeal is dismissed, for the reason that appellants' briefs were not filed within the time required by the Rules of this Court.

*Mr. Charles O'Donnell,* for Appellants.

*Messrs. McHatton & Cotter,* for Respondent.